It is an honor for me to sit here on the board of directors on behalf of the Juan Dolores Piper family. This case falls before you in six motions to date, which we believe was brilliantly crafted in your court in doing so in time and effort, and, most valiantly, a key to a many different ways. We understand that the law favors allowing amendments, and I am, as such, only one of those ladies in the hour to speak on this case. We contend that this report errs on three grounds. First, it should not constitute a complaint of prejudice, because even though it becomes a civil argument, those papers could have demonstrated the urgent nature of the legal guardianship, to which you should have been allowed to pursue, a wrongful consent, or the approval of a non-relative minor to help to raise the total incentive to take a legal test. Second, it is stated in the original legal guardianship that you have been privileged to provide more information about your wife's relationship to you. Yes, Your Honor, my wife is in a relationship with a lawyer, like any natural parent's child relationship. In reference to the court, my wife did see the papers, and not so much, in the understanding of the criminal case. She realized that she had raised this child since he was a kid, and I would say that she was not clearly raised that way. I would assume she could have raised it that way, and I think you're right. It's a great question. I think it's basically on the basis of the plaintiff's statement that you had to be fully committed to the use of your legal guardianship. You're only saying that you're bringing in a legal guardian to give you a 1983 standard for your case and to provide more information to the courts, right? Yes, Your Honor. I think that's a very good point, Your Honor. I think that's a very good point. I think that's a good point, Your Honor.  I think that's a good point, Your Honor. Your position is satisfied, but was there a specific thing that the plaintiff had to bring in for you? Yes, I think that she was aware of the language being used. No, I understand. I understand what you're saying, and I think it comes with, it's beyond a direct personal and personal care relationship, but I think it all brings together. Do you realize that she was in fact a surrogate parent when she raised this child? Yes, I do. Okay. What case says that a surrogate parent can raise a 1983 lady for most of the family relationship when the biological parent is employed for another 10 inches more than the mother's surrogate parent? Well, Your Honor, I think that's a good point. Before she adopted Boston Biology, the biological parents were also raised in a law-enforcing zoo, and her case is before the court. Oh, okay. But we don't know that. We don't know that law-enforcing zoos and law-enforcing gynecological centers have a case-by-case ratio. Can there be double recovery in cases like this? Two steps, one each, to cover for most of the family relationship? Your Honor, there's currently no case law that's on the table. I'm sorry. The law has recognized that a child can have more than two parents, and so if you extend the life of raising, it would not be allowable for more than two steps for more than two parents to collect and enroll in that school. I think that we believe that, as a society, we have all the things we're trying to say. It's just technology. We don't see it. It doesn't get used. It doesn't happen. It doesn't happen. So, I don't believe that there's a case-by-case ratio. I mean, how well we have a case-by-case ratio, the thing is that everyone and there are threats. We are seeing people taken to prison. There are threats to their security, to their job, and I'm thinking for them, foster care, particularly if they need return, legal guardians, I'm thinking everything that you can ever imagine. Law enforcement, people who are on top of lawyers, subprime justice people, people who are in prisons. I mean, there's a lot of good parts of people out there. There's a lot of good things to expect in terms of do you create a category for people? How can many, many people qualify? How do you prevent a floodgate from opening there? Well, it's a pretty important situation. I'm a lawyer. If you're a lawyer, I mean, you're not a good surgeon. You're not a very good surgeon. Well, most of the cases, the way the courts evaluate these factors tend to boil down to the permanency and durability of the relationship that a parent has with the child, as well as the scope of the relationship with the person they're actually functioning as a parent. The relationship continues for a very long time. The cases all seem to allow for the possibility that a very popular biological parent might be entitled to damages. Tell me what the case establishes in so many of your clients' situations. There is not a definitive case. There's not a definitive case to say anything, but we're not talking about anything that a biological parent could have said. But, you know, I think that's one of the most important parts of an educational case is that you don't know how much of a parent they are, and how much of a parent they are as a child. That's right. And there is not a definitive law that's approaching that, but we can support that in the facts if we want to, to find such a case. I think it's also been for siblings or for family members that have had no continuous relationship with the child for a long time. So, in other words, California is the... California is back to America. California is established. And there's really no back to America. And if the substance of that can be re-established, you can do that. Any of you know that? Well, the English child case for Miller is that it's been confirmed that not even two years before the death of the guardian. The guardianship is not enough. You know that. And for our case law, we don't agree as to whether this is a child case. So, it's not for us to understand. So, if you're a parent, if you're a teenager, you can't just leave it at that. And there's nothing else to say. Yeah. I'm sure. I just want to add that any probate barriers should be added to the child case. This is more like a test. Because the probate barriers are going to be considered by the state and the other states to ensure that the child has a series for the child and to solve their assumptions. It's not the same level of responsibility as the probate barrier. I thought you already know that guardianship is not enough to enforce anti-abuse. Yes. That's why this complaint was initially put out in the middle, because the case law seems to indicate that the state created temporary relationships and guardianship don't enforce anti-abuse. It has, before it has, said that it might also say that any youth that weren't able to visit their foster parents and neither are youth that need those opportunities. So, the parent-child relationship and the other thing that the state created was for family members who fostered their parents and in relation to the child that they've created, the relationship, but also the child, where it's, you know, as a guardian, it's significantly more important to co-operate with the child than to enforce the guardianship because she has to make her own decisions for the child and that everything that she could have done during the youth has to go under the law. First, that affects if the child, in other cases, were able to keep up the advocacy for a foster parent because the advocacy changes schools from the state to the privacy of their own corrected participants. It means that again, that there are certain responsibilities that they have to have to be a part of. So, there are people that go to the state for a lot of different services especially for students and they're denied the opportunity to go out and make different decisions based on their decision-making experience and knowledge. It's possible to go to the state several times for somebody who's not a biological parent to have a biological relationship with your child so that's an easy course of action. Correct. In the state, in terms of the legal option, what are the parents that experience this problem? I would say the legal option first of all because the court has said that we have a biological parent who is exclusively for relationships that have been revised over time and your audience is, I think, going to an issue that in my case doesn't define what the issue is under this legal option. But, one option is to have your child introduced to someone who is an educational learner and one should be able to recover from the loss of familial relationship where the potential parents are still having the right to enjoy a 14 minute                 conversation with their children. I'm not sure  that is  way to go but I think that is the best option that we have. There are many options that we can do.         we have. I think that is the best option that we have. I think that is the best option . I think   the best option . I think that is the best option . So this case would not be too far from what we would like to do . I think that is the best option . I think that is the best option . I think that is the best option . I think that is the best option .
judges: Callahan, Hurwitz, Molloy